AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHARLES M. ROBINSON

*Plaintiff*

v.

HON. HENLEY T. GRAVES

*Defendant(s)*

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 0 6 - 5 0 4

I, CHARLES M. ROBINSON declare that I am the (check appropriate box)

• ☒ Petitioner/Plaintiff/Movant      • • Other

FILED

AUG 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☒ Yes    • •No    (If "No" go to Question 2)

If "YES" state the place of your incarceration DELAWARE CORRECTIONAL CENTER

**Inmate Identification Number (Required):** 00342781

Are you employed at the institution? No Do you receive any payment from the institution? No

*Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.    Are you currently employed?    • •Yes    ☒No

    a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.    N|A

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    N|A

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | | |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | ☒ No | |
| b. | Rent payments, interest or dividends | • • Yes | • No | |
| c. | Pensions, annuities or life insurance payments | • • Yes | • No | |
| d. | Disability or workers compensation payments | • • Yes | • No | |
| e. | Gifts or inheritances | • • Yes | ☒ No | |
| f. | Any other sources | • • Yes | ☒ No | |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.    N|A

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?          • • Yes      •✓ No

If "Yes" state the total amount  $_____ 0 _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

          • • Yes      •✓ No

If "Yes" describe the property and state its value.

N/A

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

NONE

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:**  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Fraudulent misrepresentation by attorney, untrue statement of a fact

...has now been fixed. However, the subsequent redesignation of the property not in the flood zone does not negate the **fact** that it was located in a FEMA flood zone prior to and at the time of the contract. This argument also seeks to ignore the **fact** that Kirchner was required to get flood insurance before a mortgage would be granted by a bank. The Stiefs' answer to Question # 36 of the Seller's Disclosure was a **misrepresentation** of the **facts** as they existed. Now it must be determined whether the **misrepresentation** is **fraudulent** or material. From the evidence presented at trial, it is clear that the **misrepresentation** was not **fraudulent**. The Stiefs are required to make a good faith effort to complete the Seller's Disclosure. 6 Del. C. § 2574

...Stiefs to believe their home was not in a flood zone. This does not end the inquiry, however. If a **misrepresentation** is nonfraudulent and innocent, the contract can still be voidable if the **misrepresentation** is material. Alabi, supra at 1362. "A **misrepresentation** is material if it would be likely to induce a reasonable person to manifest his assent." Id. For Kirchner to...

98.    ►    Oliver v. Boston University, Not Reported in A.2d, 2000 WL 1038197, , Del.Ch., July 18, 2000

...claims of self-dealing, mismanagement, or corporate waste against them because the Insider Defendants would not permit it. The proxy **statement** claims that the Insider Defendants who compromised their claims against Seragen agreed to discount their claims by 25-40%. Plaintiffs argue this **statement** is **untrue** and misleading. Plaintiffs describe the accord reached between Seragen and the Insider Defendants as one sided. Seragen released the Insider

...tangible assets requirement. Nonetheless, plaintiffs assert that many more minority shareholders would have voted against the merger if the proxy **statement** had not been replete with **misrepresentations** and omissions. Plaintiffs fault the Insider Defendants for: (1) failure to disclose that the Insider Defendants did not seek or

...Nemours & Co., Del. Ch., 584 A.2d 490, 503 (1990) By my count, plaintiffs cite nineteen different alleged omissions or **misrepresentations**. After evaluating those allegations, I find that plaintiffs adequately plead that the Insider Defendants were self-interested and that the alleged disclosures purportedly detailing that self-interest in the proxy **statements** fail to give a reasonable shareholder all material **facts**. Plaintiffs argue that the proxy **statement** should have recounted the self-dealing transactions that enabled the Insider Defendants to maintain their controlling interest in Seragen before the Merger. Defendants respond that the language in the proxy **statement** that "certain members of Seragen's management and the Seragen Board have interests in the Merger that are in addition to...

99.    ▷    Oliver v. Boston University, Not Reported in A.2d, 2000 WL 1091480, 27 Del. J. Corp. L. 391, , Del.Ch., July 18, 2000

...claims of self-dealing, mismanagement, or corporate waste against them because the Insider Defendants would not permit it. The proxy **statement** claims that the Insider Defendants who compromised their claims against Seragen agreed to discount their claims by 25-40%. Plaintiffs argue this **statement** is **untrue** and misleading. Plaintiffs describe the accord reached between Seragen and the Insider Defendants as one sided. Seragen released the Insider

...tangible assets requirement. Nonetheless, plaintiffs assert that many more minority shareholders would have voted against the merger if the proxy **statement** had not been replete with **misrepresentations** and omissions. Plaintiffs fault the Insider Defendants for: (1) failure to disclose that the Insider Defendants did not seek or

...Nemours & Co., Del. Ch., 584 A.2d 490, 503 (1990) By my count, plaintiffs cite nineteen different alleged omissions or **misrepresentations**. After evaluating those allegations, I find that plaintiffs adequately plead that the Insider Defendants were self-interested and that the alleged disclosures purportedly detailing that self-interest in the proxy **statements** fail to give a reasonable shareholder all material **facts**. Plaintiffs argue that the proxy **statement** should have recounted the self-dealing transactions that enabled the Insider Defendants to maintain their controlling interest in Seragen before the Merger. Defendants respond that the language in the proxy **statement** that

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:        Charles Robinson SBI#: 342781

                                                      06 - 504

FROM:    Stacy Shane, Support Services Secretary

RE:        **6 Months Account Statement**

DATE:     June 14, 2006

FILED

AUG 14 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of
December 1, 2005 to May 31, 2006.

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| Dec | (-13.18) |
| Jan | (-13.18) |
| Feb | (-13.18) |
| march | (-13.18) |
| april | (-13.18) |
| may | (-13.8) |

*Average daily balances/6 months:*    (-13.18)

Attachments
CC:  File

Stacy Shane
6/14/06

Date Printed: 6/14/2006

# Individual Statement

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|---|---|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr | | |

Current Location:   22          Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($3.73) | ($13.18) | 196150 | | 12/5/05 | |
| Supplies-MailP | 12/23/2005 | $0.00 | $0.00 | ($3.73) | ($13.18) | 199068 | | 12/13/05 | |

Ending Mth Balance:          ($13.18)

Total Amount Currently on Medical Hold:  ($32.00)

Total Amount Currently on Non-Medical Hold: ($608.83)

# Individual Statement

## For Month of January 2006

Date Printed: 6/14/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|---|---|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr | | |
| Current Location: | 22 | | Comments: | QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205169 | | 12/30/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($6.30) | ($13.18) | 205174 | | 12/30/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205178 | | 12/28/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.83) | ($13.18) | 205194 | | 12/30/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205263 | | 12/20/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205264 | | 12/20/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205265 | | 12/20/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205300 | | 12/25/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205301 | | 12/25/05 | |
| Supplies-MailP | 1/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 205529 | | 12/27/05 | |
| Supplies-MailP | 1/9/2006 | $0.00 | $0.00 | ($0.38) | ($13.18) | 205554 | | 12/20/05 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($3.95) | ($13.18) | 207910 | | 1/4/06 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($6.80) | ($13.18) | 207911 | | 1/4/06 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 207923 | | 1/4/06 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 207924 | | 1/4/06 | |
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($3.73) | ($13.18) | 209145 | | 1/3/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 210571 | | 12/21/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($3.95) | ($13.18) | 210617 | | 12/20/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($5.85) | ($13.18) | 210618 | | 12/20/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 210655 | | 1/1/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 210657 | | 1/1/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($1.29) | ($13.18) | 210659 | | 12/29/05 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 211254 | | 1/9/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 211255 | | 1/7/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 211260 | | 1/8/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($4.05) | ($13.18) | 211291 | | 1/13/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($6.15) | ($13.18) | 211298 | | 1/15/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($7.15) | ($13.18) | 211647 | | 1/13/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.83) | ($13.18) | 211655 | | 11/22/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.83) | ($13.18) | 211714 | | 11/22/05 | |

# Individual Statement

Date Printed: 6/14/2006

Page 2 of 2

## For Month of January 2006

| | | | | | |
|---|---|---|---|---|---|
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.60) | 214002 | 11/17/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($1.29) | 214086 | 11/15/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($7.75) | 214090 | 1/23/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($7.15) | 214091 | 1/23/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($1.11) | 214209 | 1/16/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.39) | 214210 | 1/16/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($4.20) | 214231 | 1/16/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($4.20) | 214233 | 1/16/06 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.37) | 214391 | 12/2/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.37) | 214392 | 12/3/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.37) | 214416 | 11/30/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.60) | 214417 | 11/30/05 |

**Ending Mth Balance:** ($13.18)

**Total Amount Currently on Medical Hold:** ($32.00)

**Total Amount Currently on Non-Medical Hold:** ($608.83)

# Individual Statement

Date Printed: 6/14/2006

## For Month of February 2006

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|---|---|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr | | |

Current Location: 22    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/3/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 218283 | | 1/19/06 | |
| Supplies-MailP | 2/3/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 218284 | | 1/19/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220432 | | 1/12/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220433 | | 1/13/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220434 | | 1/15/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220435 | | 1/13/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220436 | | 1/13/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 220437 | | 1/15/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 220638 | | INDIGENT 2/1/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220691 | | 11/28/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220694 | | 11/28/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220695 | | 11/28/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220696 | | 11/27/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220725 | | 1/1/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220726 | | 1/1/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 220737 | | 12/5/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($3.95) | ($13.18) | 220739 | | 12/5/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.60) | ($13.18) | 220756 | | 12/6/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 221466 | | 2/7/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 221488 | | 2/7/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($3.27) | ($13.18) | 221527 | | 2/7/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221593 | | 12/8/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221594 | | 12/8/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221608 | | 12/7/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221612 | | 12/19/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221614 | | 12/12/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221618 | | 12/12/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | ($13.18) | 221620 | | 12/7/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.83) | ($13.18) | 221636 | | 12/12/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.83) | ($13.18) | 221637 | | 12/12/05 | |

## Individual Statement

### For Month of February 2006

Date Printed: 6/14/2006

| Type | Date | | | | Number | Date |
|---|---|---|---|---|---|---|
| Supplies-MailP | 2/10/2006 | $0.00 | ($1.06) | ($13.18) | 221670 | 12/12/05 |
| Supplies-MailP | 2/10/2006 | $0.00 | ($0.60) | ($13.18) | 221671 | 12/12/05 |
| Supplies-MailP | 2/10/2006 | $0.00 | ($1.06) | ($13.18) | 221675 | 12/13/05 |
| Supplies-MailP | 2/10/2006 | $0.00 | ($0.83) | ($13.18) | 221677 | 12/8/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($2.55) | ($13.18) | 223549 | 2/6/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.37) | ($13.18) | 223552 | 2/6/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($2.90) | ($13.18) | 223582 | 12/16/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($2.21) | ($13.18) | 223637 | 12/17/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.37) | ($13.18) | 223654 | 12/17/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.37) | ($13.18) | 223655 | 12/17/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($7.75) | ($13.18) | 223905 | 1/31/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.83) | ($13.18) | 223908 | 12/8/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($4.20) | ($13.18) | 223926 | 2/5/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($1.35) | ($13.18) | 223928 | 2/3/05 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.39) | ($13.18) | 223934 | 2/5/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.39) | ($13.18) | 223935 | 2/5/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.39) | ($13.18) | 223936 | 2/5/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.39) | ($13.18) | 223937 | 2/3/06 |
| Supplies-MailP | 2/15/2006 | $0.00 | ($0.39) | ($13.18) | 223938 | 2/3/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 223939 | 2/3/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 223989 | 2/1/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224070 | 1/26/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($1.11) | ($13.18) | 224071 | 1/26/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.63) | ($13.18) | 224076 | 1/29/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224077 | 1/29/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224080 | 1/29/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224081 | 1/29/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224099 | 1/26/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224143 | 1/26/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | ($13.18) | 224623 | 1/27/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.63) | ($13.18) | 224624 | 1/27/06 |
| Supplies-MailP | 2/17/2006 | $0.00 | ($2.07) | ($13.18) | 224788 | 2/14/06 |
| Supplies-MailP | 2/17/2006 | $0.00 | ($0.87) | ($13.18) | 224816 | 2/14/06 |
| Supplies-MailP | 2/17/2006 | $0.00 | ($0.87) | ($13.18) | 224821 | 2/14/06 |

Date Printed:  6/14/2006

# Individual Statement

Page 3 of 3

## For Month of February 2006

Ending Mth Balance:      ($13.18)

**Total Amount Currently on Medical Hold:**  ($32.00)

**Total Amount Currently on Non-Medical Hold:**  ($608.83)

Date Printed: 6/14/2006

# Individual Statement
## For Month of March 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|---|---|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr | | |

Current Location: 22    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 233687 | | 3/2/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 233688 | | 3/2/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 233724 | | 3/4/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 233791 | | 3/7/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 233792 | | 3/7/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 233859 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 233871 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 233873 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 233927 | | 2/21/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 233931 | | 2/21/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 233932 | | 2/21/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 233934 | | 2/21/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 233941 | | 2/21/06 | |
| Supplies-MailP | 3/15/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 236537 | | INDIGENT 3/1/06 | |
| Supplies-MailP | 3/15/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 236541 | | INDIGENT 3/7/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 237393 | | 3/9/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($4.05) | ($13.18) | 237404 | | 2/23/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($2.55) | ($13.18) | 237414 | | 3/2/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 237418 | | 3/2/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 237446 | | 3/12/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 237523 | | 3/10/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 237711 | | 3/14/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 237725 | | 3/14/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 237729 | | 3/14/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 237731 | | 3/14/06 | |

Ending Mth Balance: ($13.18)

**Total Amount Currently on Medical Hold:** ($32.00)

**Total Amount Currently on Non-Medical Hold:** ($608.83)

# Individual Statement

## For Month of April 2006

Date Printed: 6/14/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|---|---|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr | | |

Current Location: 22    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 244574 | | 4/3/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 244577 | | 4/2/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 244583 | | 4/3/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 244587 | | 4/2/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 244646 | | 3/30/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 245108 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 245128 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 245133 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($2.31) | ($13.18) | 245178 | | 3/23/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 245362 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 245368 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 245369 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 245387 | | 3/18/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 245422 | | 3/27/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 245426 | | 3/27/06 | |
| Supplies-MailP | 4/11/2006 | $0.00 | $0.00 | ($3.65) | ($13.18) | 248444 | | INDIGENT 4/6/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250978 | | 4/17/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250979 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250980 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250981 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250982 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 250983 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251480 | | 4/6/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 251582 | | 4/7/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251662 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251665 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251672 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 251674 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251721 | | 4/13/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 251726 | | 4/13/06 | |

# Individual Statement

Date Printed: 6/14/2006

Page 2 of 2

## For Month of April 2006

| Supplies-MailP | 4/20/2006 | $0.00 | ($0.39) | 251767 | ($13.18) | 4/15/06 |
|---|---|---|---|---|---|---|
| Supplies-MailP | 4/20/2006 | $0.00 | ($0.39) | 251770 | ($13.18) | 4/16/06 |
| Supplies-MailP | 4/20/2006 | $0.00 | ($0.39) | 251771 | ($13.18) | 4/16/06 |
| Supplies-MailP | 4/20/2006 | $0.00 | ($2.07) | 251775 | ($13.18) | 4/16/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | ($0.39) | 255583 | ($13.18) | 4/24/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | ($2.07) | 255611 | ($13.18) | 4/21/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | ($2.07) | 255612 | ($13.18) | 4/21/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | ($0.39) | 255650 | ($13.18) | 4/22/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | ($6.15) | 255687 | ($13.18) | 4/21/06 |

Ending Mth Balance:    ($13.18)

**Total Amount Currently on Medical Hold:** ($32.00)

**Total Amount Currently on Non-Medical Hold:** ($608.83)

# Individual Statement

## For Month of May 2006

Date Printed: 6/14/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($13.18) |
|-----|-----------|-----------|-----|--------|------------------|----------|
| 003427811 | Robinson | Charles | M | Jr | | |
| Current Location: | 22 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 258514 | | 4/30/06 | |
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 258572 | | 4/19/06 | |
| Supplies-MailP | 5/10/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 261853 | | INDIGENT 5/3/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 264756 | | 5/11/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 264763 | | 5/12/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 264766 | | 5/12/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 269324 | | 5/12/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 269356 | | 5/13/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 269505 | | 5/9/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 269513 | | 5/9/06 | |

Ending Mth Balance: ($13.18)

**Total Amount Currently on Medical Hold:** ($32.00)

**Total Amount Currently on Non-Medical Hold:** ($608.83)

Fraudulent misrepresentation by attorney, untrue statement of a fact

...delivered to eight percent member.   Chancery Court Rule 9(b) [19] 157  Evidence 157II  Presumptions 157 66  k. Knowledge of **Fact**. Delaware law does not permit the conclusion that a defendant knew of certain **facts** involving an organization merely because the defendant had a position of responsibility within that organization. [20] 184  Fraud 184I  Deception Constituting Fraud, and Liability Therefor 184 8  **Fraudulent** Representations 184 11  Matters of **Fact** or of Opinion 184 11(1)  k. In General. That a **statement** of opinion did not prove to be an accurate forecast of the future does not mean that the predicting party misstated any actual **fact** that could serve as the basis for reasonable reliance, for purposes of a fraud claim. [21] 241E  Limited Liability Companies 241E 44  Actions 241E 45  k. In General. Allegations of **misrepresentations** made to eight percent member of limited liability company (LLC) by other members and managers of LLC regarding the consequences of bribery scandal on intended future initial public offering (IPO) did not involve the sort of actionable **misrepresentations** of **fact** that could support eight percent member's overt **misrepresentation** fraud claim, where such member's complaint did not contain any sufficiently specific **statement** of underlying **fact** related to the likely effect of bribery scheme on LLC's IPO plans that member could have reasonably relied upon, complaint did not contain particularized **facts** suggesting that the bribery scandal had derailed the IPO plans at the time the alleged **misrepresentations** were made, and complaint did not contain sufficient detail from which one could reasonably infer that the defendants did not

...eight percent member.   Chancery Court Rule 9(b) [31] 184  Fraud 184I  Deception Constituting Fraud, and Liability Therefor 184 15  **Fraudulent** Concealment 184 16  k. In General. A defendant cannot be liable for truly remaining silent, under fraud theory of silence in the face of the duty to speak in order to make other **statements** not misleading, because the duty to speak only arises once the defendant has chosen to make other **statements**. [32] 184  Fraud 184I  Deception Constituting Fraud, and Liability Therefor 184 8  **Fraudulent** Representations 184 13  Falsity and Knowledge Thereof 184 13(2)  k. Knowledge of Defendant. 184  Fraud 184I  Deception Constituting Fraud, and Liability Therefor 184 8  **Fraudulent** Representations 184 13  Falsity and Knowledge Thereof 184 13(3)  k. **Statements** Recklessly Made;  Negligent **Misrepresentation**. Under common law theory of fraud for failure to disclose information necessary to make other **statements** made by a defendant not misleading, the plaintiff must establish scienter by showing that the **statements** were made with contemporaneous knowledge or reckless disregard of the information which rendered misleading the **statements** actually made. [33] 241E  Limited Liability Companies 241E 22  k. Management of Company Affairs. Eight percent member of limited liability company (LLC) stated a common law fraud claim, based on nondisclosure of information necessary to make other **statements** not misleading, against majority member and certain managers of LLC, by alleging majority member and such managers provided management reports...

95.  **H**  Van de Walle v. Salomon Bros., Inc., Not Reported in A.2d, 1997 WL 633288, Fed. Sec. L. Rep. P 99,577, , Del.Ch., October 02, 1997

...commenced an initial public offering of 7,676,325 shares of common stock. 1   The stock was issued pursuant to a Registration **Statement** and Prospectus dated, March 13, 1986.   Charles R. Van de Walle, the plaintiff in this purported class action, purchased 100

...Lehman," formerly Shearson Lehman Hutton, Inc.). 3   In his Amended Complaint, the plaintiff alleges that the March 13, 1986 Registration **Statement** contains **misrepresentations** and omissions in violation of § 11 of the 1933 Act.  The plaintiff seeks certification of a plaintiff class consisting

...stock between March 13, 1986 and December 7, 1987, the first date upon which, exercising reasonable diligence, the omissions or **misrepresentations** of material **fact** in the Registration **Statement** could have been discovered. FN3.  The original defendants in this action also included Rothschild, its individual directors, and three other...

96.  ▷  Alabi v. DHL Airways, Inc., 583 A.2d 1358, 1990 WL 210594, , Del.Super., August 01, 1990

...favorable to nonmoving party. [4] 95  Contracts 95I  Requisites and Validity 95I(E)  Validity of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Search Result Citations List - DE-CS                    Fraudulent misrepresentation by attorney, untrue statement
                                                        of a fact

Assent 95 94 Fraud and **Misrepresentation** 95 94(1) k. In General. Contract may be voidable on
basis of **misrepresentation**, whether it is **fraudulent** or innocent. [5] 95 Contracts 95I Requisites
and Validity 95I(E) Validity of Assent 95 94 Fraud and **Misrepresentation** 95 94(1) k. In
General. For contract to be voidable, party must show that there was **misrepresentation**, that
**misrepresentation** was **fraudulent** or material, that **misrepresentation** induced recipient to enter
into contract, and that recipient's reliance on **misrepresentation** was reasonable. [6] 228 Judgment
228V On Motion or Summary Proceeding 228 181 Grounds for Summary Judgment 228 181(15)
Particular Cases 228 181(19) k. Contract Cases in General. Genuine issue of material **fact** existed
as to reasonableness of express delivery service's reliance on description of contents of envelope
supplied by shipper, so as

...Del.Super., 312 A.2d 322, 325 (1973) "If from the evidence produced there is some reasonable
indication that a material **fact** is in dispute, or if it seems desirable to inquire more thoroughly into
the **facts** in order to clarify the application of law, summary judgment will not be granted." Tew,
407 A.2d at 242 III [4] DHL seeks summary judgment claiming plaintiff's contracts with it are
voidable due to his alleged **misrepresentation** of the contents of the envelope.   A contract may be
voidable on the basis of **misrepresentation**, be it **fraudulent** or an innocent **misrepresentation**.
Norton v. Poplos, Del.Supr., 443 A.2d 1 (1982) ; 1 Restatement (Second) of Contracts, § 164 As
such, **misrepresentation** can be asserted as an affirmative defense to an action on the contract.   It
should be emphasized that in the instant case, there are, in **fact**, two contracts at issue, one for
carriage and one for insurance.   However, both contracts arise from essentially the same
transaction and the alleged **misrepresentation** is the same as to both. [5] The Restatement
(Second) of Contracts provides probably the clearest discussion of the elements that need be shown
to prevail when asserting **misrepresentation** as a defense.   In order for a contract to be voidable, a
party must show all four of the following elements: (1) that there was a **misrepresentation**; (2)
that the **misrepresentation** was either **fraudulent** or material; (3) that the **misrepresentation**
induced the recipient to enter into the contract; and (4) that the recipient's reliance on the
**misrepresentation** was reasonable.   1 Restatement (Second) of Contracts, § 164 [6] The first
issue is whether the labeling of the envelope, allegedly containing $15,000 in cash, as "documents
regarding school bills" constitutes a **misrepresentation**.   A **misrepresentation** is "an assertion
that is not in accordance with the **facts**" 1 Restatement (Second) of Contracts, § 159 see Norton,
443 A.2d at 5 Plaintiff asserts that "documents" suffices as

...valuable to third-party interlopers or others in DHL's position.   Plaintiff's description is not in
accord with the now alleged **fact** that there was cash in the envelope and, consequently, is a
**misrepresentation** of the contents. [7] The second element is whether the **misrepresentation** was
**fraudulent** or material.   If the **misrepresentation** was nonfraudulent or innocent, it must be
material for the contract to be voidable.   1 Restatement (Second) of Contracts, § 164 , comment
b.   On the other hand, if the **misrepresentation** was **fraudulent**, it is not required to be material
for the contract to be voidable.   Id. (1) A **misrepresentation** is **fraudulent** if the maker intends his
assertion to induce a party to manifest his assent and the maker (a) knows or believes that the
assertion is not in accord with the **facts**, or (b) does not have the confidence that he states or implies
in the truth of the assertion, or (c...

97.   ➡   Kirchner v. Stief, Not Reported in A.2d, 2001 WL 1555313, , Del.Com.Pl., July 13, 2001

...bring a counterclaim to retain the $10,000.00 deposit and for additional damages in the amount of
$908.18. A **misrepresentation** is an " 'assertion not in accordance with the **facts**' " Norton v.
Poplos, Del.Supr., 443 A.2d 1, 5 (1982) (citing Restatement (Second) of Contracts, § 159 "Such
an assertion may be made by conduct as well as words." Id. A contract may be voidable on the
basis of **misrepresentation**, be it **fraudulent** or innocent **misrepresentation**. Id. However, for a
contract to be voidable because of a **misrepresentation**, a party must show: (1) There was a
**misrepresentation** (2) The **misrepresentation** was either **fraudulent** or material (3) The
**misrepresentation** induced the recipient to enter the contract (4) The recipient's reliance on the
**misrepresentation** was reasonable. Alabi v. DHL Airways, Inc., Del.Super., 583 A.2d 1358, 1361
(1990) (citing Restatement (Second) of Contracts, §

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.