UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES N. ROBINSON

PLAINTIFF.

Vs.

Hon. HENLEY T. GRAVES

DEFENDANT.

JURY TRIAL DEMANDED

COMPLAINT

06 -- 504

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG
scanned

PRELIMINARY STATEMENT

This is a civil rights action filed by Charles N. Robinson, a state prisoner, for damages and injunctive relief under 42 U.S.C. § 1983, alleging defendants failure to recuse himself from presiding over the plaintiffs criminal case violated his 6th Amendment right to a fair hearing, his 14th Amendment right to due process and his 14th Amendment right to equal protection.

JURISDICTION

1. The Court has jurisdiction over the plaintiffs' claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(a) and 1343.

2. The Court has supplemental jurisdiction over the plaintiffs state law tort claims under 28 U.S.C. § 1367.

## PARTIES

3. The Plaintiff, Charles M. Robinson was incarcerated at the Delaware Correctional Center (D.C.C.) during the events described in this complaint.

4. The Defendant, Hon. Henley T. Graves, is the Resident Judge of the Sussex County Superior Court, for the State of Delaware.

5. Defendant has acted, and continues to act under color of state law at all times relevant to this complaint.

## FACTS

6. On Dec. 12th 2001 the Plaintiff was arrested by the Delaware State Police and charged with: Rape Fourth Degree Sexual Intercourse Victim Less Than 16 Years Old.

7. On Dec. 20th 2001, the Plaintiff case was accepted in the Sussex County Superior Court and assigned to the Hon. Henley T. Graves.

8. On Sept. 3rd 2003, the Plaintiff was arrested by the Capitol Police Dept. and charged with: Intentionally Threatens the Life / Serious Physical Injury to Public Official, for allegedly threating to kill the Hon. Henley T. Graves, and his family.

9. Since Sept. 3rd 2003, when the Plaintiff was arrested for allegedly threating to kill the Hon. Henley T. Graves and his family, until the present day, the Hon. Henley T. Graves has and continues to make decysions over the Plaintiffs sentence and preside over the Plaintiffs' case.

10. The Hon. Henley T. Graves failure to recuse himself from the Plaintiff's case after the Plaintiff was arrested for allegedly threatening to kill him and his family, violated the Plaintiff's right to a fair hearing under the 6th Amendment, his Due Process rights under the 14th Amendment and his Equal Protection rights under the 14th Amendment.

11. Since Sept. 3rd 2003, because the Honorable Henley T. Graves did not recuse himself from the Plaintiff's criminal sentence, the Plaintiff has received retaliation from the Hon. Henley T. Graves concerning his criminal sentence, and because of such retaliation on behalf of Hon. Henley T. Graves, the Plaintiff has been denied his Due Process and Equal Protection rights under the 14th Amendment of the United States Constitution.

RELIEF REQUESTED

    WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGMENT STATING:

    1. THE HON. HENLEY T. GRAVES VIOLATED THE PLAINTIFFS' 6TH AND 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION BY FAILING TO RECUSE HIMSELF FROM THE PLAINTIFFS' CASE.

    2. THE HON. HENLEY T. GRAVES VIOLATED THE PLAINTIFFS' 6TH AND 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION BY RETALIATING AGAINST THE PLAINTIFFS'.

B. ISSUE AN INJUNCTION ORDERING DEFENDANT HON. HENLEY T. GRAVES TO:

1. Immediatly Recuse Himself From All Crimynal Proceedyng(s) Concernyng The Plaintiff.

C. Grant Such Other Relief As It May Appear That Plaintiff Is Entitled.

_____
Aug. 11th 2006
DATED

_____
Charles M. Robinson
SBI # 00342781
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

IM Charles W. Rasmussen
SBI# 342781  UNIT M&U 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

United States District Court
Clerks Office
844 N. King St. Lockbox (18)
Wilmington, DE. 19801

$02.07
MAILED FROM ZIP CODE 1997

LEGAL MAIL