IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles M. Robinson, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-504 GMS |
| | ) |
| Hon. Henley T. Graves, | ) |
| | ) |
|     Defendant. | ) |

**AUTHORIZATION**

I, Charles M. Robinson, SBI # 342781, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Sept. 25th, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Sept. 25th, 2006.

                                                            /s/ Charles M. R.
                                                         Signature of Plaintiff

FILED

SEP 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Charles M. Robertson
SBI# 00342721    UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39
SEP 27 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

LEGAL MAIL

United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE 19801