OFFICE OF THE CLERK

**MARCIA M. WALDRON**          **UNITED STATES COURT OF APPEALS**          TELEPHONE

CLERK                    FOR THE THIRD CIRCUIT                    215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

December 5, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Robinson v. Graves
      D. Del. No. 06-cv-0504-GMS

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal and Affidavit accompanying Motion for Permission to Appeal in Forma Pauperis which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice and affidavit was postmarked November 22, 2006 and should be docketed as of that date.**

These documents are being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of these documents, kindly process them according to your Court's normal procedures.  If your office has already received the same documents, please disregard the enclosed copies to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Bradford A. Baldus
     Bradford A. Baldus
     Senior Legal Advisor to the Clerk

Enclosure
cc:  Charles M. Robinson #342781 (w/out enclosure)

Charles M. Robinson #342781, Unit MHU 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

NOV 2 4 2006

U.S.C.A. 3.J.

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

CHARLES M. ROBINSON

DISTRICT COURT
DOCKET NUMBER: 06-504-GMS

v.

HON. HENLEY T. GRAVES

DISTRICT COURT
JUDGE: HON. GREGORY M. SLEET

Notice is hereby given that CHARLES M. ROBINSON
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

_____

entered in this action on Nov. 16th 2006 .
(date)

DATED: Nov. 21st 2006

Chad M Robinson (Pro Se)
(Counsel for Appellant-Signature)

CHARLES M. ROBINSON
(Name of Counsel - Typed)

De. Corr. Ctr. 1181 Paddock Rd.
(Address)

Smyrna, De. 19977

DEPT. OF JUSTICE
(Counsel for Appellee)

820 N. French St.
(Address)

Wilmington, De. 19801

N/A
(Telephone Number)

N/A
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

TM Claweles
SBI# (N3412781  UNIT WHU 22

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

U.S.M.S.
X-RAY

United States Court Of Appeals
Clerks Office
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106-1790

RECEIVED
NOV 24 2006

UNITED STATES POSTAGE
$ 01.35
MAILED FROM ZIP CODE 1997
000460897 5
02 1L
7/22 200

**Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis**

NOV 2 4 2006

U.S.C.A. 3rd. CIR.

United States District Court for the __DISTRICT__ of __DELAWARE__

CHARLES M. ROBINSON

v.

HON. HENLEY T. GRAVES

D.C. Case No. __06-504-GMS__

Third Cir. No. _____

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that,
because of my poverty, I cannot prepay the
docket fees of my appeal or post a bond for
them. I believe I am entitled to redress. I sear or
affirm under penalty of perjury that my answers
on this form are true and correct. (28 U.S.C. §
1746, 18 U.S.C. § 1621)

Signed: _Charles V.U.____

**Instructions**

Complete all questions on this application and
then sign it. Do not leave any blanks. If the
answer to a question is "0," "none," or "not
applicable (N/A)," write in that response. If you
need more space to answer a question or to
explain your answer, attach a separate piece of
paper identified with your name, your case's
docket number, and the question number.

Date: __Nov. 21st. 2006.__

---

**My issues on Appeal are:** THE DISMISSAL OF MY CLAIM PURSUANT TO 28 U.S.C.
§ 1915 (e)(2)(B) AND § 1915A(b)(1) As LEGALLY FRIVOLOUS. WAS AN
ABUSE OF DISCRETION ON BEHALF OF THE DISTRICT COURT.

1.        For both you and your spouse estimate the average amount of money received from
          each of the following sources during the past 12 months.  Adjust any amount that was
          received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.
          Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | **You** | **You** |
| Employment | $ | $ |
| Self-Employment | $ | $ |
| Income from real property (such as rental income) | $ | $ |
| Interest and Dividends | $ | $ |
| Gifts | $ | $ |
| Alimony | $ | $ |
| Child Support | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ |
| Unemployment payments | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ |
| Public Assistance (such as welfare) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly income** | $ | $ |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N I A | | | |
| | | - | -- |
| | | - | |
| | | | - |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N I A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $_____

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N I A | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

3

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home                    (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| N IA | | |
| | | Make & year: _____ |
| | | Model: _____ |
| | | Registration # : _____ |

| Motor Vehicle # 2 (Value) | Other assets        (Value) | Other assets         (Value) |
|---|---|---|
| Make & year:   N IA | | |
| Model: _____ | | |
| Registration # :  _____ | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N IA | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N IA | | |

4

8. Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? • yes        • no Is property insurance included? • yes        • no | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowners or renters | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ | $ |

5

|  | **You** | **Your Spouse** |
|---|---|---|
| Installment payments | $ _Ø_ | $ _Ø_ |
| Credit Card (name): _____ _____ | $_____ | $_____ |
| ‾ Department Store (name): ___ | $_____ | $_____ |
| _ Other: _____ _____ ___ | $_____ | $_____ |
| Alimony, maintenance and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ _____ ‾ | $_____ | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

• Yes    ( • No )    If yes, describe on an attached sheet.

10. Have you paid _Ø_ Or will you be paying _Ø_ an attorney any money for services in connection with this case, including the completion of this form?

• Yes    ( • No )    If yes, how much? $ _Ø_

If yes state the attorney's name, address and telephone number:

_____ N I A _____

_____

_____

6

11. Have you paid ___∅___ Or will you be paying ___∅___ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

• Yes     ( • No )     If yes, how much? $ ___∅___

If yes state the person's name, address and telephone number:

_____ N IA _____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
Im Indigent

13. State the address of your legal residence.

_____ Dr. Corr. Ctr. 1181 Paddock Ro. _____

_____ Smyrna, Delaware, 19977 _____

Your daytime telephone number: (___) __N IA__

Your age: __25__     Your years of Schooling: __8__

Your social security number: _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_

Rev: 3-23-99

7

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No._____

ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS


**Notice to Litigant**:  The Prison Litigation Reform Act of 1995, effective
April 26, 1996, has made significant changes to the in forma pauperis
statute, 28 U.S.C. § 1915.  The statute no longer provides for waiver of
court filing or docketing fees for prisoners who are granted leave to
proceed in forma pauperis.  This applies to original proceedings and
appeals from decisions in civil actions or proceedings.  Once a prisoner
has been granted leave to proceed in forma pauperis, the prisoner is
obligated to pay the entire filing and/or docketing fee in the manner
prescribed by statute, regardless of the outcome of the proceeding or
appeal.

        Prisoners proceeding in forma pauperis are now required to pay an
initial partial filing fee, and thereafter periodic payments will be made
from the prisoner's institutional account until the entire fee has been
paid.  28 U.S.C. §1915 (b)(1).  If a prisoner does not have sufficient
funds to pay the initial partial fee, the prisoner will not be prohibited
from proceeding.  Once there are sufficient funds in the prisoner's
account, however, funds will be collected in the manner prescribed by the
statute until the entire fee has been paid.  28 U.S.C. §1915 (b)(4).  The
obligation to pay the fees and any subsequent costs continues even if the
prisoner is transferred or released from custody.

        **Therefore, you should consider carefully whether you wish to go
forward with an appeal or proceeding before you submit an affidavit in
support of motion to proceed in forma pauperis to this Court.**

_____

        The Act has amended § 1915 to require that you submit an affidavit
in support of motion to proceed in forma pauperis that includes a statement
listing all of your assets.  28 U.S.C. § 1915(a)(1).  Therefore, when
completing the attached affidavit, you must include a complete listing of
your assets.  You also must complete the following certification:


        I declare (or certify, verify, or state) under penalty of perjury
under the laws of the United States of America that I have the sum of $ _⚠_
_____ in my prison account at (name of institution in which your are
confined)   DELAWARE CORRECTIONAL CENTER .                           .

                        _____
                                Applicant's Signature

income credited to the prisoner's account during the preceding
month, each time the amount in the account exceeds $10, until the
entire filing and/or docketing fee has been paid.  28 U.S.C. §
1915(b)(2) (April 26, 1996).

**NOTICE TO PRISONER:**  You are directed to complete the following
form.  The top portion of the form must be returned to the Clerk.
The lower portion of the completed form shall be returned to the
prison official in charge of the prisoner account.

I,  _Charles M. Robinson_ # 603342781  _____
          (Name of Prisoner and Registered Number if
           applicable)

authorize the Clerk of the Court to obtain, from the agency
having custody over me, information about my institutional
account, including balances, deposits, and withdrawals.  The
Clerk may obtain such information until the fee and any other
payments owed the Court are paid.  I also authorize the agency
having custody over me to withdraw funds from my account and
forward payments to the appropriate Clerk of Court in accordance
with 28 U.S.C. §1915 (April 26, 1996).

_____
Signature of Prisoner

_Nov. 21st 2006_____
Date

----------------------------------------------------------------

I,  _Charles M. Robinson_ # 603342781  _____
          (Name of Prisoner and Registered Number if
           applicable)

authorize the Clerk of the Court to obtain, from the agency
having custody over me, information about my institutional
account, including balances, deposits, and withdrawals.  The
Clerk may obtain such information until the fee and any other
payments owed the Court are paid.  I also authorize the agency
having custody over me to withdraw funds from my account and
forward payments to the appropriate Clerk of Court in accordance
with 28 U.S.C. §1915 (April 26, 1996).

_(signature)_

Signature of Prisoner

_(date)_

Date

(Rev. 10/96)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

NOV 2 4 2006

U.S.C.A. 3rd. CIR.

*TO:*  Charles Robinson *SBI#:* 342781

*FROM:*  Stacy Shane, Support Services Secretary

*RE:*  **6 Months Account Statement**

*DATE:*  October 11, 2006

---

*Attached are copies of your inmate account statement for the months of*
april 1, 2006   *to*   september 30, 2006

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| april | (-1318) |
| May | (-13.18) |
| June | (-1318) |
| July | (-1318) |
| aug | (-1318) |
| Sept | (-1318) |

*Average daily balances/6 months:*   (-1318)

*Attachments*
*CC:  File*

Stacy Shane
10/11/06

Card J formee
10/11/06

# Individual Statement

## For Month of April 2006

Date Printed: 10/11/2006

Page 1 of 2

NOV 2 4 2006

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr |

Current Location: 22

Comments: QOL2

Beg Mth Balance: ($13.18)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Beg Mth Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | | 244574 | | 4/3/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 244577 | | 4/2/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 244583 | | 4/3/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 244587 | | 4/2/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 244646 | | 3/30/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | | 245108 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | | 245128 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | | 245133 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($2.31) | ($13.18) | | 245178 | | 3/23/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | | 245362 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | | 245368 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | | 245369 | | 3/17/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | | 245387 | | 3/18/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 245422 | | 3/27/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 245426 | | 3/27/06 | |
| Supplies-MailP | 4/11/2006 | $0.00 | $0.00 | ($3.65) | ($13.18) | | 248444 | | INDIGENT 4/6/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250978 | | 4/17/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250979 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250980 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250981 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250982 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 250983 | | 4/16/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 251480 | | 4/6/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | | 251582 | | 4/7/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 251662 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 251665 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 251672 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | | 251674 | | 4/10/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | | 251721 | | 4/13/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | | 251726 | | 4/13/06 | |

Individual Statement

For Month of April 2006

Date Printed: 10/11/2006

| | | | | | |
|---|---|---|---|---|---|
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251767 | 4/15/06 |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251770 | 4/16/06 |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 251771 | 4/16/06 |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 251775 | 4/16/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 255583 | 4/24/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 255611 | 4/21/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 255612 | 4/21/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 255650 | 4/22/06 |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($6.15) | ($13.18) | 255687 | 4/21/06 |

Ending Mth Balance: ($13.18)

**Total Amount Currently on Medical Hold: ($42.00)**

**Total Amount Currently on Non-Medical Hold: ($771.38)**

NOV 2 4 2006

Date Printed: 10/11/2006

# Individual Statement

## For Month of May 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | | Beg Mth Balance: | ($13.18) |
|-----|-----------|------------|----|--------|--|--|--|------------------|----------|
| 00342781 | Robinson | Charles | M | Jr | | | | | |

Current Location:   22            Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 258514 | | 4/30/06 | |
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 258572 | | 4/19/06 | |
| Supplies-MailP | 5/10/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 261853 | | INDIGENT 5/3/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 264756 | | 5/11/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 264763 | | 5/12/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 264766 | | 5/12/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 269324 | | 5/12/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 269356 | | 5/13/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 269505 | | 5/9/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 269513 | | 5/9/06 | |

Ending Mth Balance:    ($13.18)

Total Amount Currently on Medical Hold:  ($42.00)

Total Amount Currently on Non-Medical Hold:  ($771.38)

Date Printed: 10/11/2006

# Individual Statement

## For Month of June 2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr |

Current Location: 22

Comments: QOL2

Beg Mth Balance: ($13.18)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 272624 | | 5/21/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 272661 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 272662 | | 5/16/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 272673 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 272675 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 272676 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 273221 | | 5/3/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.55) | ($13.18) | 273364 | | 5/4/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 273404 | | 5/6/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 273460 | | 5/7/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 273461 | | 5/7/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 273762 | | 5/24/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.83) | ($13.18) | 273771 | | 5/24/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 277386 | | 5/24/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 277404 | | 5/28/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 280465 | | INDIGENT 6/7/06 | |
| Supplies-MailP | 6/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 280909 | | 6/17/06 | |
| Supplies-MailP | 6/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 280958 | | 6/15/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 280959 | | 6/15/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 281015 | | 6/14/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 281016 | | 6/12/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 281017 | | 6/14/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 281052 | | 6/8/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 285392 | | 6/8/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 285407 | | 6/7/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 285416 | | 6/9/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 285417 | | 6/8/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 285419 | | 6/8/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.79) | ($13.18) | 285420 | | 6/8/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.79) | ($13.18) | 285421 | | 6/8/06 | |

MAY 2 4 2006

# Individual Statement

## For Month of June 2006

Date Printed: 10/11/2006

| | | | | |
|---|---|---|---|---|
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285452 | 6/9/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285453 | 6/9/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285469 | 6/11/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285470 | 6/11/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($2.79) | ($13.18) | 285474 | 6/11/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285500 | 6/19/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285677 | 6/23/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($0.39) | ($13.18) | 285678 | 6/23/06 |
| Supplies-MailP | 6/29/2006 | $0.00 | ($4.20) | ($13.18) | 285830 | 6/22/06 |
| Supplies-MailP | 6/30/2006 | $0.00 | ($2.31) | ($13.18) | 285831 | 6/22/06 |

Ending Mth Balance: ($13.18)

**Total Amount Currently on Medical Hold: ($42.00)**

**Total Amount Currently on Non-Medical Hold: ($771.38)**

NOV 2 1 2006

# Individual Statement

## For Month of July 2006

Date Printed: 10/11/2006

Page 1 of 2

| SBI | 00342781 | | |
|---|---|---|---|
| Last Name | Robinson | First Name | Charles |
| MI | M | Suffix | Jr |
| Current Location: | 22 | Comments: | QOL2 |

Beg Mth Balance: ($13.18)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 291402 | | INDIGENT 7/5/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 291746 | | 6/3/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 291747 | | 6/2/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 292129 | | 6/1/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 292175 | | 7/13/2006 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($2.31) | ($13.18) | 292177 | | 7/13/2006 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 292357 | | 7/14/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.65) | ($13.18) | 292358 | | 7/14/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($6.65) | ($13.18) | 292360 | | 7/14/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 292362 | | 7/15/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 292426 | | 7/10/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 292428 | | 7/10/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 292429 | | 7/10/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 292433 | | 7/10/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 292521 | | 7/5/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 292583 | | 7/10/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 295467 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 295516 | | 7/8/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295723 | | 7/11/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295725 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 295744 | | 7/11/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295808 | | 7/18/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295811 | | 7/18/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295835 | | 7/19/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295839 | | 7/19/06 | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 295913 | | 1/4/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.38) | ($13.18) | 295921 | | 1/23/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.38) | ($13.18) | 295924 | | 1/26/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.08) | ($13.18) | 295953 | | 1/17/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.26) | ($13.18) | 295955 | | 4/17/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.19) | ($13.18) | 295955 | | 4/19/06 | LAW LIBRARY |

NOV 24 2006

# Individual Statement

Date Printed: 10/11/2006

## For Month of July 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 7/24/2006 | $0.00 | ($0.26) | 295957 | 4/21/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | ($13.18) | 295963 | 5/25/06 | LAW LIBRARY |
| Supplies-MailP | 7/24/2006 | $0.00 | ($0.13) | 295971 | 6/22/06 | LAW LIBRARY |
| Supplies-MailP | 7/25/2006 | $0.00 | ($1.35) | 296895 | 7/20/06 | LAW LIBRARY |
| Supplies-MailP | 7/25/2006 | $0.00 | ($0.39) | 296907 | 7/23/06 | |
| ID-Cards | 7/26/2006 | $0.00 | ($1.26) | 296954 | 6/19/06 | |
| Medical | 7/27/2006 | $0.00 | $0.00 | 297958 | 7/17/06 | |

| | |
|---|---|
| **Total Amount Currently on Medical Hold:** | **($42.00)** |
| **Total Amount Currently on Non-Medical Hold:** | **($771.38)** |

**Ending Mtn Balance:** ($13.18)

NOV 2 4 2006

# Individual Statement

## For Month of August 2006

Date Printed: 10/11/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr |

Current Location: 22    Comments: QOL2

Beg Mth Balance: ($13.18)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 301864 | | 7/31/06 | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 301866 | | 7/31/06 | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 301868 | | 7/31/06 | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($4.05) | ($13.18) | 301955 | | 7/31/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 301957 | | 7/31/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.81) | ($13.18) | 303787 | | INDIGENT 8/1/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($1.11) | ($13.18) | 303872 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 303876 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303895 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303896 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 303916 | | 8/3/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303917 | | 8/3/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303918 | | 8/3/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.79) | ($13.18) | 303919 | | 8/1/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 303920 | | 7/26/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303921 | | 7/26/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303922 | | 8/4/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 303923 | | 8/8/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 307020 | | 8/13/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 307028 | | 8/12/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 307033 | | 8/11/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 307046 | | 8/11/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($1.59) | ($13.18) | 307048 | | 8/11/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 307071 | | 8/10/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 307072 | | 8/10/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($2.07) | ($13.18) | 307087 | | 8/10/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 307920 | | 8/14/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 309838 | | 8/21/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 309843 | | 8/21/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.87) | ($13.18) | 309914 | | 8/18/06 | |

NOV 2 4 2006

# Individual Statement

Date Printed: 10/11/2006

## For Month of August 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 8/23/2006 | $0.00 | ($0.87) | ($13.18) | 309915 | 8/18/06 |
| Supplies-MailP | 8/23/2006 | $0.00 | ($0.87) | ($13.18) | 309916 | 8/18/06 |
| Supplies-MailP | 8/23/2006 | $0.00 | ($0.63) | ($13.18) | 309917 | 8/18/06 |
| Supplies-MailP | 8/23/2006 | $0.00 | ($0.87) | ($13.18) | 309922 | 8/18/06 |
| Supplies-MailP | 8/23/2006 | $0.00 | ($0.39) | ($13.18) | 309923 | 8/18/06 |
| Supplies-MailP | 8/23/2006 | $0.00 | ($7.15) | ($13.18) | 309945 | 8/20/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | ($0.39) | ($13.18) | 310126 | 8/20/06 |

**Ending Mth Balance:** ($13.18)

**Total Amount Currently on Medical Hold:** ($42.00)

**Total Amount Currently on Non-Medical Hold:** ($771.38)

# Individual Statement

## For Month of September 2006

Date Printed: 10/11/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00342781 | Robinson | Charles | M | Jr |

Current Location:    22

Comments:  QOL2

Beg Mth Balance:    ($13.18)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 315446 | | 8/23/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($13.18) | 315447 | | 8/23/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | ($13.18) | 315448 | | 8/23/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 315543 | | 8/22/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 315544 | | 8/22/06 | |
| Supplies-MailP | 9/8/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 316896 | | 9/6/06 | |
| Medical | 9/15/2006 | $0.00 | ($6.00) | $0.00 | ($13.18) | 320486 | | 8/31/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 322397 | | 9/9/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 322484 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 322961 | | 9/9/06 | |
| Supplies-MailP | 9/22/2006 | $0.00 | $0.00 | ($4.05) | ($13.18) | 323308 | | 9/9/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 324752 | | INDIGENT 9/5/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($7.15) | ($13.18) | 324830 | | 9/21/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($7.15) | ($13.18) | 324833 | | 9/24/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($13.18) | ($13.18) | 324836 | | 9/24/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($0.39) | ($13.18) | 324931 | | 9/22/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($13.18) | 324933 | | 9/22/06 | |

Ending Mth Balance:    ($13.18)

Total Amount Currently on Medical Hold:    ($42.00)

Total Amount Currently on Non-Medical Hold:    ($771.38)

NOV 2 4 2006