NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-504-GMS

Charles M. Robinson

v.

Hon. Henley L. Graves

DISTRICT COURT
JUDGE: Hon. Gregory M. Sleet

Notice is hereby given that Charles M. Robinson
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,
[ ] Other (specify) _____

entered in this action on Nov. 16th 2006.
(date)

DATED: Dec. 5th 2006

C.O.O.W.V.O.
(Counsel for Appellant-Signature)

Charles M. Robinson (Pro Se)
(Name of Counsel - Typed)

DE Corr. Ctr.
(Address)
Smyrna, Delaware, 19977

N/A
(Telephone Number)

FILED
DEC -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Dept. of Justice
(Counsel for Appellee)

N/A
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Charles M. Robinson
SBI# 00342781    UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 DEC 2006

$ 00.39⁰
DEC 05 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801