OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4952 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

June 22, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-5037**
   **Robinson  vs. Graves**
   **D.C. No. 06-cv-00504**

Dear Mr. Dalleo:

     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this letter.

     Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                  Very truly yours,
                                  MARCIA M. WALDRON
                                  Clerk

                             By:  Carmen M. Hernandez
                                  Case Manager

Enclosure

cc:
        Charles M. Robinson

DLD-237

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 06-5037

---

CHARLES M. ROBINSON

v.

HON. HENLEY T. GRAVES

---

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 06-cv-00504)
District Judge: Honorable Gregory M. Sleet

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
May 17, 2007

BEFORE: BARRY, AMBRO and FISHER, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:
/s/ Marcia M. Waldron
Clerk

Dated: May 31, 2007

Certified as a true copy and issued in lieu of a formal mandate on __6/22/07__

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit